UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEIHONG LIN<br><br>Plaintiff(s)<br>v.<br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON<br>Defendant(s) | CASE No 4:21-cv-00560-HSG<br><br>STIPULATION AND ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
   Half-day mediation with Denise Madigan

The parties agree to hold the ADR session by:

☐  the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒  other requested deadline: August 9, 2021

Date: May 12, 2021          /s/ Jeena Jiampetti
                            Attorney for Plaintiff
Date: May 12, 2021          /s/ Jenny H. Wang
                            Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:  5/12/2021

*Haywood S. Gilliam Jr.*
U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*