1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEIHONG LIN<br><br>        Plaintiff,<br><br>  v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>        Defendant. | Case No. 4:21-cv-00560-HSG<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF CASE** |

Pursuant to the stipulation of the parties and for good cause shown, this case is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: July 7, 2021

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge